No. 76–5859. HOULF v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 76–5866. SALTER ET UX. v. OHIO. Ct. App. Ohio, Ashtabula County. Certiorari denied.

No. 76–5869. McDONOUGH v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–5870. MARTIN v. MORRIS, SECRETARY, DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 76–5871. VILLAFANE v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 76–5872. MAUCH v. MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 76–5873. LINCOLN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5874. SIMMS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–5875. BENDTER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 76–5878. JOHNSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–5891. CAMPBELL v. SAFECO INSURANCE COMPANY OF AMERICA ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–5892. JONES v. MEMBERS OF THE BOARD OF DIRECTORS ET AL. C. A. 8th Cir. Certiorari denied.